# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED

2015 MAY 20  PM 3: 51

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   TM   DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 14CR2273 MMA |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| RIGOBERTO SOTO SILVA, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   the Court has granted the motion of the Government for dismissal, with prejudice, of the offense as charged in the Indictment 21 USC 952 and 960 - Importation of Cocaine.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/20/2015

MICHAEL M. ANELLO
U.S. DISTRICT JUDGE